**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 8, 2026.**



**In The**

# Fifteenth Court of Appeals

### NO. 15-25-00209-CV

## IN RE TIKTOK INC.; TIKTOK LTD.; TIKTOK PTE. LTD.; TIKTOK U.S. DATA SECURITY INC.; BYTEDANCE LTD.; AND BYTEDANCE INC., Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**250th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-25-003118**

## MEMORANDUM OPINION

On November 18, 2025, relators TikTok Inc.; TikTok Ltd.; TikTok Pte. Ltd.; TikTok U.S. Data Security Inc.; ByteDance Ltd.; and ByteDance Inc. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52.

Relators have not established they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.